**Mark T. LALLY, Appellant,**

v.

**Martha M. LALLY and Susan McGee, Respondents.**

**No. WD 74103.**

Missouri Court of Appeals, Western District.

June 5, 2012.

Richard W. Miller, for Appellant.

Michael J. Gallagher, for Respondents.

Before Division Two: VICTOR C. HOWARD, Presiding Judge, MARK D. PFEIFFER, Judge and KAREN KING MITCHELL, Judge.

### ORDER

PER CURIAM:

Mark Lally appeals the judgment of the probate division of the circuit court on his petition filed under section 475.097, RSMo 2000. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).